**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| Rose Maria Miller−Consoli | § | |
| | § | |
| *versus* | § | Civil Action 4:07−cv−04215 |
| | § | |
| Davol, Inc., et al. | § | |

# Order for Conference

1. The plaintiff must accomplish service within 60 days.

2. Counsel must appear for an initial pretrial conference on:

   Judge Lynn N. Hughes
   March 17, 2008, at 10:30 AM
   515 Rusk Avenue, Room 11122
   Houston, Texas.

3. Initial disclosure may not be delayed. Documents and other disclosures must be exchanged, reviewed, and discussed with opposing counsel well before the conference.

4. No interrogatories, requests for admission, or depositions may be done without court approval.

5. A joint discovery plan is not required. Counsel must (a) master the facts, (b) ascertain the discovery needed, (c) discuss it with each other, and (d) be prepared to discuss discovery in a conference so that the court may fashion a brief, effective management plan.

6. The court will schedule additional preparation and may not rule on motions pending or made at the conference.

7. To insure full notice, each party who receives this notice must confirm that every party knows of the setting.

8. Failure to comply with this order may result in sanctions, including dismissal, and prolonged tirades by the court.

*Lynn N. Hughes*
United States District Judge

Judge Lynn N. Hughes

Courtroom 11−C, Eleventh Floor
United States Court House
515 Rusk Avenue, Room 11122
Houston, Texas 77002−2605
(713) 250−5900

Dawna Kelly, Case Manager
United States District Clerk
Post Office Box 61010
Houston,Texas 77208−1010
(713) 250−5516
Dawna_Kelly@txs.uscourts.gov

*Procedures*. Suggestions for practice before Judge Hughes may be found at www.txs.uscourts.gov. Please read them.

*Contact*. Make case−related telephone inquiries to the case manager only. Counsel should alert the case manager to matters requiring prompt attention.

*Information*. Get information about filings, orders, or docket entries from the computer or from the clerk's office at (713) 250−5500 or (800) 745−4459.

*Letters*. Do not write letters. Put your message in a document with the case style.

*Emergencies*. Apply for immediate relief through the Intake Section of the Clerk's Office, 515 Rusk Avenue, Houston; (713) 250−5150.

Counsel should send a copy of emergency motions directly to the case manager so that they quickly reach the court's attention. In case of an emergency when the case manager cannot be reached, please call the judge's secretary, Kathy Grant, at (713) 250−5900.

*Continuances*. Joint motions for continuance do not bind the court. The court will respect counsel's vacations.

*Discovery Problems*. The court will hear oral motions that affect discovery or scheduling as soon as both counsel can appear in person or by telephone.